147 A.3d 446

THERESA TRIOLA, PETITIONER-PETITIONER, v. BOARD
OF TRUSTEES, PUBLIC EMPLOYEES' RETIREMENT
SYSTEM, RESPONDENT-RESPONDENT.

July 15, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-000646-14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is granted.